

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

    - v. -                              :

MODESTA ALFONSO,                  :

        Defendant.       :

- - - - - - - - - - - - - - - x



INDICTMENT

07 Cr.

07 CRIM.  84

COUNT ONE

The Grand Jury charges:

From on or about February 4, 1982, up to and including the date of this Indictment, in the Southern District of New York and elsewhere, MODESTA ALFONSO, the defendant, having been released on bail in connection with a charge of an offense punishable by imprisonment of fifteen years and more, unlawfully, willfully, and knowingly did fail to appear before a court as required by the conditions of her release, to wit, ALFONSO failed to appear before United States District Judge Mary Johnson Lowe on or about February 4, 1982, for her arraignment in the matter of United States v. Diaz-Hernandez et al., 82 Cr. 92 (MJL), or at any time thereafter.

(Title 18, United States Code, Sections 3146(a)(1)
and (b)(1)(A)(i).)

FOREPERSON

MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

MODESTA ALFONSO,

Defendant.

## INDICTMENT

07 Cr.

(18 U.S.C. §§ 3146(a)(1)
and (b)(1)(A)(i).)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*Jennise Suarez-Peña*
Foreperson.